UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDERY HERRERA,
                     Plaintiff,

          -against-

IZAKOV DIAMONDS, LLC,
                     Defendant.
------------------------------------------------------------X

24 Civ. 6153 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the case management plan and scheduling Order dated October 3, 2024, required the parties to file a joint status letter by December 9, 2024.

    WHEREAS, the Order states that use of any alternative dispute resolution mechanism does not stay or modify any date in the Order.

    WHEREAS, the parties failed to submit the letter.  It is hereby

    **ORDERED** that the parties shall file the joint status letter by December 13, 2024.

Dated: December 10, 2024
       New York, New York

                                               LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**