```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDERY HERRERA,

                                 Plaintiff,

      -against-

IZAKOV DIAMONDS LLC,

                                 Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**24-CV-6153 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter utilizing Microsoft Teams scheduled for Thursday, January 9, 2025 at 2:00 p.m. is hereby rescheduled to **Wednesday, February 5, 2025 at 2:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **January 29, 2025 by 5:00 p.m.**

      SO ORDERED.

Dated: January 2, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge